None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

The conviction is for driving a motor vehicle upon a public highway while under the influence of intoxicating liquor; the penalty assessed is a fine of $50.

The appellant entered a plea of guilty to the offense charged and waived a jury upon his trial.

The record is before us without a statement of facts or bills of exception.

The judgment is affirmed.

### MOORE v. STATE.

#### No. 24813.

Court of Criminal Appeals of Texas.
June 14, 1950.

Rehearing Denied Oct. 11, 1950.

### CONNER v. STATE.

#### No. 24803.

Court of Criminal Appeals of Texas.
June 7, 1950.

Rehearing Denied Oct. 11, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.